UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAZARO DEJESUS, <br><br> Plaintiff, <br> v. <br><br> PAUL WEHRMAN, CRAIG BARRETT, CHRIS CRAWFORD, HOFFMAN, State Parole Agents, individually, DETECTIVE TODD GRAGER, individually and in his official capacity, LANCASTER COUNTY DRUG TASK FORCE, doing business as COUNTY OF LANCASTER, AND, COUNTY OF LANCASTER <br><br> Defendants. | No. 5:16-cv-04745 |

# **O R D E R**

**NOW**, this 27th day of September, 2017, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant Grager's Motion to Dismiss for Failure to State a Claim, ECF No. 20, is **GRANTED**.

 A. The claims against Defendant Grager are **DISMISSED with prejudice**.

 B. The Clerk of Court is directed to **TERMINATE** Defendant Grager as a party to this action.

2. Defendants Wehrman, Barrett, Crawford, and Hoffman's Motion for Judgment on the Pleadings, ECF No. 40, is **GRANTED**.

 A. Judgment is **ENTERED** in favor of Defendants Wehrman, Barrett, Crawford, and Hoffman, and against Plaintiff; and

B. The Clerk of Court is directed to **TERMINATE** Defendants Wehrman, Barrett, Crawford, and Hoffman as parties to this action.

3. Plaintiff's Cross-Motion to Correct the Spelling of Defendant Todd Grager's name to "Grager", ECF No. 31, is **GRANTED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge